IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ANNETTE MARIE STUMO,

    Plaintiff,

v.

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

    Defendant.

Case No. 21-cv-097-wmc

---

JUDGMENT IN A CIVIL CASE

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Kilolo Kijakazi against plaintiff Annette Marie Stumo affirming the Commissioner's decision finding that plaintiff is not eligible for social security disability benefits.

    s/ A.Dean, Deputy Clerk
_____
Joel Turner, Clerk of Court

9/28/2022
_____
Date